UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO. 8:07-cr-521-T-30EAJ |
| | : | |
| FRED TOKARSKY | : | |

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court on motion of the United States for entry of a Forfeiture Money Judgment as to defendant Fred Tokarsky (Dkt. #93).  The Court, being fully advised in the premises, finds that as a result of the offense, in violation of 18 U.S.C. §§ 1341, 1349 and 641, for which the defendant has been found guilty as charged in Counts One, Three, and Four, respectively, of the Superseding Indictment, defendant Fred Tokarsky obtained proceeds in the amount of $ 10,106  USD.  Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion (Dkt. #93) is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), defendant Fred Tokarsky is jointly and severally liable, along with defendant Frances Cropper,  to the United States of America for a forfeiture money judgment in the amount of $ 10,106   USD, which represents the amount of proceeds the defendant obtained as a result of the violations of 18 U.S.C. §§ 1341, 1349, and 641, for which the defendant has been convicted as charged in Counts One, Three, and Four of the Superseding Indictment.

The court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of any property the government may seek as substitute assets, pursuant to 21 U.S.C. § 853(p) [incorporated under the provisions of 28 U.S.C. § 2461(c)], in satisfaction of such money judgment.

**DONE** and **ORDERED** in Tampa, Florida on November 4, 2008.


JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE




Copies to:
Counsel/Parties of Record

S:\Odd\2007\07-cr-521.Forfeiture Judgment.Tokarsky 93.wpd