UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 8:07-cr-521-T-30EAJ

FRED TOKARSKY

_____/

## SECOND AMENDED FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court on motion (Dkt. 110) of the United States of America, pursuant to Rule 36, Fed. R. Crim. P., for entry of a Second Amended Forfeiture Money Judgment as to defendant Fred Tokarsky to correct a clerical error in the Amended Forfeiture Money Judgment (Dkt. 104).  The Court, being fully advised in the premises, finds that as a result of the offenses in violation of 18 U.S.C. §§ 1341, 1349 and 641, for which the defendant has been found guilty as charged in Counts One, Three, and Four, respectively, of the Superseding Indictment, defendant Fred Tokarsky obtained proceeds in the amount of $ 10,016.00  USD.  Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion (Dkt. 110) is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), defendant Fred Tokarsky is jointly and severally liable with defendant Frances Cropper, to the United States of America for a forfeiture money judgment up to the amount of $ 10,016.00   USD, which represents the amount of proceeds the defendant obtained as a result of the violations of 18 U.S.C. §§ 1341, 1349,

and 641, for which the defendant has been convicted as charged in Counts One, Three, and Four of the Superseding Indictment.

The court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of any property the government may seek as substitute assets, pursuant to 21 U.S.C. § 853(p) [incorporated under the provisions of 28 U.S.C. § 2461(c)], in satisfaction of such money judgment.

**DONE** and **ORDERED** in Tampa, Florida on November 18, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2007\07-cr-521.Tokarsky $ FJ 110.wpd